IN THE UNITED STATES COURT FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

BRUD ROSSMANN
4560 MACARTHUR BLVD, NW
UNIT 201
WASHINGTON, DC 20007
TEL. 202 848 0317
EMAIL. BROSSMANN1@YAHOO.COM
EMAIL.  BROSSMANN111@GMAIL.COM

Plaintiff Pro Se, In Forma Pauperis

V.

Miriam Sewell
Rehabilitation Services Administation
Department on Disability Services
250 E St SW, Washington 20024
(202) 730-1700

and,

Andrew Reese
Director
Rehabilitation Services Administration
Department on Disability Services
250 E St SW, Washington
(202) 730-1700

and,

William Lyke
Detective

Case: 1:20-cv-01425    JURY DEMAND
Assigned To : Unassigned
Assign. Date : 5/28/2020
Description: PRO SE GEN CIV (F-DECK)

Brud Rossmann v. Sewell et al.

Complaint

U.S. District Court for the District of Columbia

February ___, 2020, now May 22, 2020 (filed by email per local rules)

The Metropolitan Police Department
District of Columbia
Third District Station
1620 V Street, NW
Washington, DC 20009
Phone: (202) 673-6815
Fax: (202) 673-7630


and,


Peter Newsham
Chief of Police
The Metropolitan Police Department
District of Columbia
300 Indiana Avenue, NW
Washington, DC 20001


and,


Sergey Ivanov
The University Of The District Of Columbia (UDC)
4200 Connecticut Avenue, Nw
Washington, Dc 20008


And,


Les Vermillion
The University Of The District Of Columbia (UDC)
4200 Connecticut Avenue, NW
Washington, Dc 20008


and,


JOHN DOE 1
JOHN DOE 2 . . .
JOHN DOE N


Defendants

---

Brud Rossmann v. Sewell et al.

Complaint

U.S. District Court for the District of Columbia

February ___, 2020, now May 22, 2020 (filed by email per local rules)

# COMPLAINT[1]

## I.

## INTRODUCTION

1. The Plaintiff, Brud Rossmann, a former decorated Trial
Attorney of the U.S. Department of Justice, receiving
"Outstanding" performance reviews when handling both National
Security matters and Billion Dollar cases, Honors graduate of
Harvard Law School, (cum laude, 1989), High and Best in Class
honors at a top 7 or 8 University while taking Ph.D, Master's,
in abstract and applied Math, Economics, Finance, Public
Policy, Engineering math classes, as an Undergraduate, etc.,
Valedictorian of his Junior High and High Schools[2], Best All

---

[1]    Like every other writing in Brud Rossmann's name for decades, this writing suffers insufferable third party hacking, fabrication, corruption, worse.  It is truly, implausibly terrible compared with what Brud Rossmann would ever plead normally as proven in part by his PACER documented credentials, e.g., his "Outstanding" performance reviews as a Trial Attorney, US Department of Justice, his perfect writing score on the GMAT, his Honors degree from Harvard Law School, etc.

[2]    Brud Rossmann was one of three Valedictorians of Lake Park High School, Roselle, IL in 1982. Graduating class about 660 students.  1 of the other 2 was Theresa Amato, Campaign Manager of the pivotal Ralph Nader Presidential Campaign in 2000.  Brud Rossmann (barely) attended Theresa Amato's wedding in Chicago in September, 2001.  Witnesses number many.

Brud Rossmann v. Sewell et al.

Complaint

U.S. District Court for the District of Columbia

February ___, 2020, now May 22, 2020 (filed by email per local rules)

Around Boy at the elite school, Pine Crest, 99+% scores on

every, many standardized tests, with ONE notable exception

explained elsewhere, age 16 to 31, Excellent, only promotion

reviews when managing a leading investment fund, representing

a Top 10 Market Cap company globally, publicly, multiple Board

memberships, public speaking engagements, etc, with possibly

Best in World Investor status and financial returns, as the

best fund manager of the world's arguably leading venture

capital capacity (if not fund) of all time, AOL Investments,

if not AOL Time Warner Ventures, [(1999 to 2001 vintage funds,

Venture Capital, 10 year return profiles, consistent with

Limited Partner (LP) tenures, subscription agreements,

outlier, perhaps unprecedented global leverage and returns per

dollar proven elsewhere, 7, arguably 8, IPOs on 18 direct

investments, perhaps best ever, possibly 202% IRR, CASH IN,

CASH OUT, on baseline direct investments, perhaps best of all

such vintage funds, (and without consideration of Fund of

Funds investments in Israel)[3] led by Brud Rossmann in Y2000,

and as benchmarked to Thompsons, other reporting, 2002, 2009,

other dates, years, other sources, etc etc)], and recipient of

---

[3]      Across these Funds, there may well have been other IPOs, similar, meaning Brud Rossmann's possibly, unsolicited, third party reported "Best Investor" VC credentials could include 10 or so IPOs, similar.

Brud Rossmann v. Sewell et al.

Complaint

U.S. District Court for the District of Columbia

February ___, 2020, now May 22, 2020 (filed by email per local rules)

a community service award from the Attorney General of the United States of America for his volunteer work in the African American community of Anacostia, MD, outside of Washington, D.C. brings this Complaint. (Exh. Sec. 1 to Brud Rossmann's prior 100+ Federal Complaint filings, lawsuits, especially since 2015).

2. Brud Rossmann is also a "friend" of Anthony Scaramucci, recent Director, White House Communications, under President Trump. Brud Rossmann attended Anthony Scaramucci's wedding to Medical Doctor Lisa Miranda in the Summer of 1988. ("Id.")

3. And, a former social acquaintance of current U.S. Deputy Attorney General Rod Rosenstein.  Brud Rossmann attended a party hosted by Rod Rosenstein, on Rosenstein's invitation, in or about 1991-1992 in Washington, DC.

4. All three (3) graduated from Harvard Law School in 1989.

5. Brud Rossmann has personally met with, been previously personally and professionally associated with multiple US Presidents, Billionaires, US Senators, highest level Powers That Be.

6. And, over many years.  Many jurisdictions.  Many contexts.

Brud Rossmann v. Sewell et al.

Complaint

U.S. District Court for the District of Columbia

February ___, 2020, now May 22, 2020 (filed by email per local rules)

7.  Consider the source, especially when Brud Rossmann proceeds
    pro se, in forma pauperis.

8.  Brud Rossmann sues for the most basic of things:  freedom from
    an unlawfully originated arrest warrant hanging over his head
    to this day. And patently known as, originated as unlawful.

9.  Miriam Sewell, current/former employee of the D.C.
    Rehabilitation Services Agency part of the D.C. Department on
    Disability at least as of 2018, lied on paper.

10.  She claimed that Brud Rossmann emailed her, threatening
     dismemberment, similar, and on racial bases.

11.  On this false basis, she secured an arrest warrant.

12.  And, without ever presenting the putative written threat to
     the Police — because such email never existed on all data
     available to, all recollection of Brud Rossmann.

13.  She further lied in per petition in her associated Civil
     Protection Order (CPO) proceeding, 2018 CPO 1779/1799?, DC
     Superior Court, that Brud Rossmann threatened her on racial
     bases.

14.  The only proof in support of such an allegation, as she
     apparently cited it in her 2018 CPO 1779 proceeding, stated

Brud Rossmann v. Sewell et al.

Complaint

U.S. District Court for the District of Columbia

February ___, 2020, now May 22, 2020 (filed by email per local rules)

the opposite – that Brud Rossmann's hatred for Sewell "and her kind" had nothing to do with race, sex, sexuality, etc. (See Exhibits to Brud Rossmann's lawsuit against Sewell, Lyke, others, circa 5 25 2018, on PACER).

15.   The Police, led apparently by Detective William Lyke, then secured an unlawful arrest warrant without possible lawful probable cause. Only the fraud-on-the-court, if not perjurious representations of Miriam Sewell.

16.   And, the de facto conspiracy, "legal" agencies of Detective Lyke and his associates.

17.   This unlawful arrest warrant remains outstanding. A continuing, criminally unlawful overhang haunting Brud Rossmann's every interaction with the local police, the local government, and more broadly.

18.   Exhaustion of administrative remedies with UDC and other DC government agencies extends back many months and on many occasions.

19.   The lawsuit is also timely given proven, evidenced attempts to unlawfully arrest Brud Rossmann to late May, June, 2018, and likely beyond – less than two (2) years ago.

20.   And, the continuing threat to Brud Rossmann, the warrant overhang plaguing his existence.

21.   Besides damages, injunctive, declaratory relief, Brud Rossmann requests a Protective Order pursuant to the accompanying Motion.

## II.

### JURISDICTION AND VENUE

7. This court has jurisdiction under diversity, Federal subject matter, and related authorities. 28 U.S.C. 1331, 1332.

12.                      Pendent or related jurisdiction is otherwise applicable. 28 U.S.C. 1367.

13.                      This is an appropriate venue under 28 U.S.C. 1391.

14.                      This Court has pendent or supplemental jurisdiction pursuant to 28 U.S.C. 1367 over all other claims that are so related to claims within its original or exclusive jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

15.                      Pendent jurisdiction or supplemental

Federal jurisdiction is well-supported on grounds of a "common nucleus of operative fact" -- as established by concurrent timing, largely identical actors, the identical underlying transactions in question, and related evidentiary bases defining casualty and theft events across jurisdictions and various actors in this jurisdiction and others.

16.                        Alternative bases extend to in rem jurisdiction found in the general provisions of the Federal Rules of Civil Procedure (FRCP), including enabling or similar provisions of the Statute as defined by Congress, Article I, in the first instance.

17.                        Where the instant causes of action ultimately define an action in rem or quasi in rem, to include property interests held in bank accounts, via land records recordings, or in derivative instruments reflecting the Financing of such property or rights to continued financing or re-financing, jurisdiction is also supported by the enabling statute, the Rules Enabling Act, and Federal Rule of Civil Procedure Supplemental Rule A and Rule E. Actions in Rem and Quasi in Rem: General

Brud Rossmann v. Sewell et al.

Complaint

U.S. District Court for the District of Columbia

February ___, 2020, now May 22, 2020 (filed by email per local rules)

Provisions.  Colorable factual bases for this further jurisdictional basis are pled herein.

18.                        *Jurisdictional bases are profound, and extend beyond even the cited authorities, no matter how seemingly extended, if not implausible, in the first instance.  For instance, "Direct Action" authorities of the CIA, US Presidential Executive Order authorities, and similar highest level National Security authorities which have been third party referenced for years, decades, and unsolicited.*

19.                        *The Federal Bureau of Investigation, the National Security Agency, the U.S. Marine Corps, the Internal Revenue Service, and several highest level Federal law enforcement, National Security authorities, have also been proven involved, inculpated, and for decades.  Details are found elsewhere on PACER, in 10,000s of pages relating to Brud Rossmann found in the files of these and other agencies, not to mention local police, local authorities otherwise, etc.*

20.                        *All is not only credibly, rather conclusively, evidenced.  In this tempest in a teapot*

otherwise.

## III.

### **PARTIES**

#### *Brud Rudolph Rossmann, Esquire*

21.    Plaintiff resides or has property in this
jurisdiction.

22.    Plaintiff is or was a successful professional,
graduate of Harvard Law School (cum laude, 1989), graduate
of University of Michigan, earning two (2) degrees in four
(4) years, a M.P.P. and A.B. in Economics, with several
honors and while taking Ph.D level classes in Economics,
Math, master's level course in Business, econometrics,
public policy, Engineering level classes in Calculus, etc,
earned perfect scores in the Johns Hopkins Master of
Finance program, and is a former Trial Attorney of the U.S.
Department of Justice who received "Outstanding" reviews
while handling Billion Dollar cases and National Security
matters. Exh. Sec. 1

23.    Brud Rossmann might "enjoy" an IQ score of 186 on a
Wechsler Bellevue variant.

24.    Dialogues with William A. Travis, circa 1994, then of

the Office of Personnel Management, the US Department of Justice, indicated as much. Witnesses to such communications number many. Corroborating or consistent information, data, facts, Evidence exists otherwise.

25.    At the Department of Justice, Brud Rossmann also received a Community Service award from the Attorney General of the United States of America for his volunteer service to the African American community of Anacostia, Maryland.

26.    Brud Rossmann might also have rated "Best in World Investor", Venture Capital, 1999 to 2001 vintage funds, 1999 to 2009, (10 year LP tenures, dollars invested 1999 to 2001, dollars returned, pre-tax, if not after-tax, 8 or so IPOs on 18 companies directly invested in, 177% if not 202% IRR, minimum, 2009, 2002 estimates, and on others metrics socialized in 2002, then 2009, government informed).

27.    Brud Rossmann also has served for decades in D.C. Community service capacities.

**28.**    Brud Rossmann is also well evidenced in the local DC community and at Federal levels as a contributor to the public good.

29.    **_Miriam Sewell_**

Brud Rossmann v. Sewell et al.

Complaint

U.S. District Court for the District of Columbia

February ___, 2020, now May 22, 2020 (filed by email per local rules)

30.    Sewell is a case manager, similar at the local District of Columbia (D.C.) Government agency, the Rehabilitation Services Administration, part of the D.C. Department on Disability Services.

*31.*    She is located at 250 E St SW, Washington, DC 20024.

32.    **<u>Detective William Lyke</u>**

33.    As of 2018, on proof presented by Brud Rossmann's prior housemates at 904 Butternut Street, NW, Washington, DC, and other information consistent, corroborating, Detective William Lyke was employed by the District of Columbia Metropolitan Police Department (MPD).

34.    A copy of his business card was imaged in pdf format, then shared with Brud Rossmann unsolicited.

35.    Lyke had left that business card with Brud Rossmann's housemate while failing to find Brud Rossmann at home to effect the arrest on at least three (3) occasions from April to late May/June, 2018.

36.    Otherwise, assuming the arrest warrant extended to a search warrant of Brud Rossmann's separate room, Room D, Brud Rossmann would have been arrested.

*37.*    The business card information offered to Brud

Rossmann, unsolicited, indicated that Lyke was then sited the Third District, Metropolitan Police Department, 1620 V Street, NW. Washington, DC 20009.

**38.    _Andrew Reese, Director,_**

39.    Reese is the Director of the local District of Columbia (D.C.) Government agency, the Rehabilitation Services Administration, AND, as of 2018, of the D.C. Department on Disability Services.

40.    He is located at 250 E St SW, Washington 20024

**41.**    Sewell reports to Reese ultimately, via then Supervisor Fasakin.

**42.    _Peter Newsham, Chief of Police, the District of Columbia Metropolitan Police Department (MPD)_**

43.    The MPD is the local level police force in Washington, D.C., also known as The District of Columbia.

44.     Newsham is the current Chief of Police.

45.    He is located at 300 Indiana Avenue, NW, Washington, DC 20001.

46.    Lyke reports to Newsham via Lyke's superior.

IV.

## FACTUAL BACKGROUND

_39._    In this latest, required perversion of Due Process, xxx, Brud Rossmann must petition for the simplest of

Brud Rossmann v. Sewell et al.

Complaint

U.S. District Court for the District of Columbia

February ___, 2020, now May 22, 2020 (filed by email per local rules)

things:

1. _Miriam Sewell lied on paper to the police and in her petition in support of her dismissed civil lawsuit._

2. In April, 2018, Sewell presented false information to the MPD regarding an alleged unlawful threat by Brud Rossmann.

3. She claimed, consistent with her false written statements in her civil petition, 2018 CPO 1779, that Brud Rossmann unlawfully threatened her by email.

4. The email does not, never did exist on all data known to Brud Rossmann.

5. Her CPO proceeding inculpated her further, when her written statements constituted "fraud on the court", if not other forms of civil perjury, however styled under local code or precedent.

1. _William Lyke or his colleagues presented a patently insufficient, and proven false, petition to the presiding Magistrate when securing the arrest warrant_

2. Lyke or his colleagues proceeded to present a petition to the local Magistrate, 500 Indiana Avenue, NW, for the arrest of Brud Rossmann.

3. A warrant issued, on robust reports, and all other data to date.

4. Lyke and his associates attempted to falsely arrest Brud

Rossmann on at least three (3) occasions from April to late May/June 2018.

1. *The email in question no only did not exist, and the only that did made the exact opposite point from what Sewell represented in her written petition to the local civil court and presumably criminal law enforcement authorities*

2. Brud Rossmann reviewed Sewell's petition in 2018 CPO 1779, his own emails, and determined that (a) there was no email sent that threatened dismemberment, or anything similar.

3. Brud Rossmann did find one email or text to Sewell that indicated that he despised her "and her kind" and without regard to race, sexuality, etc.

4. The exact opposite of what Sewell claimed in her CPO petition — which was dismissed without prejudice when she failed to prosecute the action.

5. On Sewell's prior behaviors, fair inferences, Sewell's failure to prosecute her 2018 CPO 1779 civil action almost turned in part on her documented lying to the local court.

6. Background proof, documentation, other evidence is well beyond the scope of this proceeding, and more so, this initial pleading.

1. *Further proof of the falsity of Sewell's claims is found in the absence of any follow up action to threaten Sewell unlawfully, to assault her, to batter her, or anything similar over the past 2 years.*

2. If Brud Rossmann were interested in dismembering Sewell as she unlawfully claimed, or otherwise threatening her, he almost certainly would have "followed up" - taken unlawful or any threatening action against her.

3. Brud Rossmann did not.

4. Has not.

5. Would never as he never thought of her, before or since the one meeting on or about 1 23 2018 at the RSA offices.

6. And, now for 2 years or so.

1. *The pattern of conduct relevant here also includes proven fabrication of emails in Brud Rossmann's name, videotapes, video uploads, and other "shock the conscience" abuse of Brud Rossmann's name, person.*

2. As but one small portion of the pattern of conduct, background facts informing this proceeding, Brud Rossmann expressly incorporates Exhibits appended to his Complaints filed against Les Vermillion, Sergey Ivanov, others since no later than January, 2019.

3. Both Vermillion and Ivanov are proven inculpated in this documented, proven unlawful pattern of conduct.

4. As the amended complaint, or motion filings, will document yet again, the proof already on PACER proves that Brud Rossmann has been systemically targeted for many years via

fabrication of emails in his name, videos of his supposed actions that were clearly fabricated, video uploads to You Tube included – as detailed across these various lawsuits since January, 2019.

1. *Unprecedented IRS rulings and findings for Brud Rossmann are consistent, corroborating.*

2. Brud Rossmann was awarded cash compensation under Net Operating Loss authorities defined under Publication 547, related authorities.

3. The bases explicitly included ***identity theft***, the unlawful use of his name to effect financial fraud, and to his prejudice – including financial loss.

4. Sewell and Lyke continued this criminally unlawful tradition.

5. The IRS found that Brud Rossmann suffered not only "casualty" losses but also "theft" losses.

6. *"Theft" is a crime.*

1. *The prior lawsuit in this Federal Jurisdiction by Brud Rossmann was dismissed without prejudice less than two (2) years ago.*

2. Brud Rossmann, despite handicaps detailed and proven elsewhere conclusively, brought a prior lawsuit. Brud Rossmann v. Sewell, 1:18-cv-01298-UNA

3. This Complaint was dismissed without prejudice less than

two (2) years ago.

4. Brud could not timely prosecute this action for medical disability and a host of unlawful actions taken against him as detailed and proven conclusively elsewhere.

5. IRS rulings and findings are consistent, corroborating.

6. As are Social Security Administration (SSA) rulings and findings.

7. Deputy General Counsel, SSA, Dan Callahan, as of 2017, if not today, would serve as one witness once Discovery under Rule 26 commences.

8. <u>Timeliness of this Complaint.</u>

9. Sewell, Lyke and other police continued to try to falsely arrest Brud Rossmann acted in concert until June, 2018, and beyond.

10.    This filing is less than two (2) years after such actions by Sewell, Lyke, and others.

11.    Furthermore, the unlawful arrest warrant remains a continuing harm to Brud Rossmann each and every day, and makes this Complaint timely in another way.

12.    Finally, not only does this Complaint satisfy any applicable two (2) year (or 3 year) limitation periods, it

is timely under Equitable Tolling doctrine.

13.    The local DC government, and related agencies, have repeatedly unlawfully denied Brud Rossmann's FOIA, and similar, information requests for years.

14.    This related pattern of conduct makes this Complaint timely on this third basis.

V.

**CAUSES OF ACTION**

15.    *42 USC 1983*

16.    The Defendants qualify as "person[s] who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia" who have effected the "deprivation of any rights, privileges, or immunities secured by the Constitution and laws".

17.    The pled facts, among too many to count, across too many Federal lawsuits brought by Brud Rossmann of necessity or duress, prove Brud Rossmann an unlawful target.

18.    Sewell, Lyke, Vermillion, Ivanov are inculpated across these other, prior, subsequent unlawful patterns of conduct.

19.    Defendants' liability arises under section 1983 among other applicable law.

Brud Rossmann v. Sewell et al.

Complaint

U.S. District Court for the District of Columbia

February ___, 2020, now May 22, 2020 (filed by email per local rules)

20.    _Due Process_

21.    Under Bivens authorities, without limitation, Defendants' liability is similarly proven.

22.    Local pleading practice is evidenced to require otherwise 1983 actions pled as Due Process violations.

23.    Federal authority involvement, agency involvement provides other bases for a Bivens claim – which cannot be pled legal element by legal element as the Opinion itself specifies no such formulation.

VI.

**DEMAND FOR RELIEF**

24.    Damages: Ten Million Dollars ($10,000,000.00).

25.    Injunctive Relief-1: an Order requiring the Defendants to "stay away" from Brud Rossmann, in all senses defined, otherwise applicable.

26.    Injunctive Relief-2: an Order quashing the unlawful Arrest Warrant originated by the MPD, Lyke, Sewell, issued pursuant to the authority of a known, currently unnamed local D.C. Magistrate.

27.    Injunctive-Relief-3: an Order requiring the provision to Brud Rossmann of the Arrest Warrant Number which to date

Brud Rossmann v. Sewell et al.

Complaint

U.S. District Court for the District of Columbia

February ___, 2020, now May 22, 2020 (filed by email per local rules)

has been unlawfully refused across the D.C. Public Defender
Service, see e.g. Brud Rossmann v. Austin, No. 20-cv-1117,
and all other sources.

28.    Injunctive-Relief-4: an Order providing for the
Protection of Brud Rossmann consistent with the
accompanying EMERGENCY PETITION FOR A PROTECTIVE ORDER
UNDER PRELIMINARY INJUNCTION OR TEMPORARY RESTRAINING ORDER
AUTHORITIES.

29.    Declaratory Relief: an Order declaring Defendants
found liable with specific findings of fact and conclusions
of law.


       Submitted this day,

                                          5-23-20

Brud Rossmann, Esquire
Plaintiff
SSN 1*7 *8 0885
DOB 0* 22 196*
TEL 202 848 0317
Date: February ___ , 2020, now May 22, 2020. (VIA
                                              4
ELECTRONIC FILING PER LOCAL RULES OF THIS COURT)

_____

4       GIVEN MEDICAL DISABILITIES AND OTHER INJURIES OF BRUD ROSSMANN DETAILED AND EVIDENCED
CONCLUSIVELY ELSEWHERE, E.G. SSA FINDINGS OF A MEDICAL DISABILITY REQUIRING THE COMPENSATION OF
BRUD ROSSMANN UNDER SSI AUTHORITIES, SINCE 2017, SUCH DISABILITIES AND WORSE CONTINUING, IF NOT
WORSE, BRUD ROSSMANN COULD NOT FILE THIS COMPLAINT WITH A CIVIL COVER SHEET, A REQUIRED
APPLICATION FOR IN FORMA PAUPERIS STATUS.  THESE PORTIONS OF BRUD ROSSMANN'S PRIOR COMPLAINT
FILINGS ARE FOUND ACROSS PACER, INCLUDING THE MANY COMPLAINTS FILED BY BRUD ROSSMANN JUST
Brud Rossmann v. Sewell et al.

Complaint                               (5) FILED VIA EMAIL

U.S. District Court for the District of Columbia      5-22-8 2020

February ___, 2020, now May 22, 2020 (filed by email per local rules)

RECENTLY IN 2020.  ALL ARE EXPRESSLY INCORPORATED BY REFERENCE AND A HARD COPY MAILING OF SAME IN THIS CASE WILL FOLLOW.   NOTHING HAS CHANGED IN TERMS OF BRUD ROSSMANN'S ADDRESS, HIS FINANCIAL POSITION, AND THE PREMISES FOR THIS FILING BEING DEEMED COMPLETE.  COVID/CORONA BURDENS ARE A FURTHER BASIS TO DOCKET THIS COMPLAINT FILING, ELECTRONICALLY, UPON RECEIPT.                                  .

Brud Rossmann v. Sewell et al.

Complaint

U.S. District Court for the District of Columbia

February ____, 2020, now May 22, 2020 (filed by email per local rules)

Page 23 of 23

IN THE UNITED STATES COURT FOR THE DISTRICT OF THE DISTRICT OF
COLUMBIA


BRUD ROSSMANN
4560 MACARTHUR BLVD, NW                    Civil Case No. _____
UNIT 201
WASHINGTON, DC 20007
TEL. 202 848 0317
EMAIL. BROSSMANN1@YAHOO.COM
EMAIL.  BROSSMANN111@GMAIL.COM


Plaintiff Pro Se, In Forma Pauperis

V.

Miriam Sewell
Rehabilitation Services Administation
Department on Disability Services
250 E St SW, Washington 20024
(202) 730-1700


and,


Andrew Reese
Director
Rehabilitation Services Administration
Department on Disability Services
250 E St SW, Washington
(202) 730-1700


and,


William Lyke
Detective
The Metropolitan Police Department

Brud Rossmann v. Sewell et al.

Emergency Petition

U.S. District Court for the District of Columbia

now May 22, 2020 (filed via email per local rules)

Page 1 of 11

District of Columbia
Third District Station
1620 V Street, NW
Washington, DC 20009
Phone: (202) 673-6815
Fax: (202) 673-7630

and,

Peter Newsham
Chief of Police
The Metropolitan Police Department
District of Columbia
300 Indiana Avenue, NW
Washington, DC 20001

and,

Sergey Ivanov
The University Of The District Of Columbia (UDC)
4200 Connecticut Avenue, Nw
Washington, Dc 20008

And,

Les Vermillion
The University Of The District Of Columbia (UDC)
4200 Connecticut Avenue, NW
Washington, Dc 20008

and,

JOHN DOE 1
JOHN DOE 2 . . .
JOHN DOE N
Defendants

---

Brud Rossmann v. Sewell, Lyke et al.

Emergency Petition

U.S. District Court for the District of Columbia

now May 22, 2020 (filed via email per local rules)

Page 2 of 11